| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Christian J. Rowley (SBN 187293) |
| 2 | 560 Mission Street, 31st Floor |
|   | San Francisco, California 94105 |
| 3 | Telephone: (415) 397-2823 |
|   | Facsimile: (415) 397-8549 |
| 4 | E-mail: crowley@seyfarth.com |

Attorneys for Defendant
WELLS FARGO BANK, N.A.

Michael S. Sorgen (SBN 43107)
Ryan L. Hicks (SBN 260284)
LAW OFFICES OF MICHAEL S. SORGEN
Richard A. Hoyer (SBN 151931)
LAW OFFICES OF RICHARD A. HOYER
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone: (415) 956-1360
Facsimile: (415) 276-1738
E-mail: msorgen@sorgen.net, rhicks@sorgen.net
rhoyer@hoyerlaw.co

Stanley S. Saltzman (SBN 90058)
Marcus Bradley (SBN 174156)
MARLIN | SALTZMAN LLP
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
Email: ssaltzman@marlinSaltzman.com,
mbradley@marlinsaltzman.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA HERRERA and SHAMINA KHAN, and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. CV11-1485 EMC |
|   | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| Plaintiffs, |  |
| v. |  |
| WELLS FARGO BANK, N.A. and DOES 1-100, |  |
| Defendants. |  |

- 1 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT/ CASE NO. CV11-1485 EMC

1  Pursuant to Local Rule 6-1(a), Plaintiffs and Defendant Wells Fargo Bank, N.A.,
2  ("Defendant") by and through their undersigned counsel, hereby stipulate to extend to May 4,
3  2011 the deadline for Defendant to answer or otherwise respond to the Complaint.  This
4  extension will not change any hearing deadlines set by the Court, and the parties shall comply
5  with all Court scheduling orders issued to date.
6      IT IS SO STIPULATED.

7

8  Dated: April 18, 2011      SEYFARTH SHAW LLP
9
10      /s/ Christian J. Rowley
     By: _____
11      Christian J. Rowley
     Attorneys for Defendant
12      WELLS FARGO BANK, N.A.

13
14 Dated: April 18, 2011      MARLIN | SALTZMAN LLP

15      /s/ Stanley S. Saltzman
     By: _____
16      Stanley S. Saltzman
     Marcus Bradley
17      Attorneys for Plaintiffs

18 PURSUANT TO STIPULATION, IT IS SO ORDERED.
19
20 Dated:   4/18/11   _____
        Hon. Judge Edward M. Chen
21
22 13308959v.1

*IT IS SO ORDERED — Judge Edward M. Chen*
*(United States District Court, Northern District of California seal)*

23
24
25
26
27
28
- 2 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT / CASE NO. CV11-1485 EMC