| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Christian J. Rowley (SBN 187293)<br>Email: crowley@seyfarth.com |
| 3 | 560 Mission Street, Suite 3100<br>San Francisco, California 94105 |
| 4 | Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |

Attorneys for Defendant
WELLS FARGO BANK, N.A.

Michael S. Sorgen (SBN 43107)
Ryan L. Hicks (SBN 260284)
LAW OFFICES OF MICHAEL S. SORGEN
Richard A. Hoyer (SBN 151931)
LAW OFFICES OF RICHARD A. HOYER
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone:  (415) 956-1360
Facsimile:  (415) 276-1738
E-mail:  msorgen@sorgen.net, rhicks@sorgen.net
rhoyer@hoyerlaw.co

Stanley S. Saltzman (SBN 90058)
Marcus Bradley (SBN 174156)
MARLIN | SALTZMAN LLP
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone:  (818) 991-8080
Facsimile:  (818) 991-8081
Email:  ssaltzman@marlinSaltzman.com,
mbradley@marlinsaltzman.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA HERRERA and SHAMINA KHAN, and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and DOES 1-100,<br><br>Defendants. | Case No. C 11-01485 SBA<br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AND SERVE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER AND ALTERNATIVE MOTION TO STAY IN FAVOR OF A PRIOR ACTION**<br><br>Date:     November 8, 2011<br>Time:    1:00 p.m.<br>Ctroom: 1, 4th Floor<br>Judge    Saundra Brown Armstrong |

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AND SERVE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER AND ALTERNATIVE MOTION TO STAY IN FAVOR OF A PRIOR ACTION / Case No. C 11-01485 SBA

1  Pursuant to the Stipulation To Extend Time For Defendant To File And Serve Reply To
2  Plaintiff's Opposition To Defendant's Motion To Transfer And Alternative Motion To Stay In
3  Favor Of A Prior Action,
4  IT IS HEREBY ORDERED that the date for Defendant to file and serve its Reply To
5  Plaintiff's Opposition To Defendant's Motion To Transfer And Alternative Motion To Stay In
6  Favor Of A Prior Action is extended one week to July 28, 2011.
7  IT IS SO ORDERED
8  Dated: __7/25/11

_____
Hon. Saundra Brown Armstrong

13596287v.1

-2-

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AND SERVE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER AND ALTERNATIVE MOTION TO STAY IN FAVOR OF A PRIOR ACTION / Case No. C 11-01485 SBA